**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN THE MATTER OF APPLICATION FOR :
ADMISSION TO PRACTICE IN THIS COURT :

# PETITION

I, Gary Eisenberg, Esquire, hereby petition the United States District Court for the Middle District of Pennsylvania to admit me to practice before that Court. In support of my petition, I state as follows:

My office address is: Perkins Coie, LLP
30 Rockefeller Plaza, 22nd Floor
New York, NY 10112-0015
Office Telephone: 212-262-6902

I was admitted to practice before the Courts listed below on the date shown after the name of each Court, and I am currently a member in good standing of all those Courts.

The State of New York, 2-27-1990

The State of New Jersey, 3-19-1990

The following United States District Courts:

New Jersey, 2-1-1991

Southern District of New York, 5-29-1992

Eastern District of New York, 6-25-1992

Northern District of New York, 9-22-2003

Western District of New York, 2-13-2006

Eastern District of Michigan, on or before 2-6-2009

My New Jersey bar attorney identification number is: 2332823

FOR COURT USE ONLY

_____ GENERAL ADMISSION:

GRANTED BY THE COURT: ____________________________ Date: ________________

_____ SPECIAL ADMISSION:

GRANTED BY THE COURT ____________________________ Date: ________________

Please Answer the Following Questions:

All occasions, if any, on which I have been convicted of a crime (subsequent to my becoming an attorney), censured, suspended, disciplined of disbarred by any court are set forth as follows: (State the facts and circumstances connected with each; if none, state "none".)

None

All occasions, if any, I which I have been held in contempt of court are set forth as follows: (State the nature and final disposition of contempt; if none, state "none".)

None

I do ________, do not _____X_____, have any disciplinary action, contempt of other proceedings involving me pending before court. (Check the appropriate space.) If there are pending proceedings, please explain: N/A

I am seeking:

____________ General Admission under Local Rule LR 83.8.1
______X_____ Special Admission (specify by a check which rule) under

LR 83.8.2.1___X_____, LR 83.8.2.2________, LR 83.8.2.3________, or LR 83.8.2.4______

If seeking special admission under Local Rules LR 83.2.1, LR 83.8.2.2, LR 83.8.2.3, or LR 83.8.2.4, the basis for my admission under the designated rule is as follows: To represent Defendants, Warren/GP Corp., Somerset/GP Associates, L.P. and Chubb Associates, L.P. in the below captioned matter.

NAME THE PARTY YOU REPRESENT: Warren/GP Corp., Somerset/GP Associates, L.P. and Chubb Associates, L.P.

If special admission is requested for a particular case, please list case number and caption:

Case #: 1:15-cv-01571-YK
Caption #: Richard C. Angeino and Alice K. Angino v. Warren/GP Corp., Warren NMGP, LLC, Somerset Associates, Somerset/GP Associates, L.P., Somerset MGP, Inc., Chubb Associates, L.P., Federal Insurance Company and Ernst & Young, LLP

I understand that:

1) If seeking admission under Section LR 83.8.2.2, LR 83.8.2.3, or 83.8.2.4, I must submit a letter from a superior stating the agency with which I am employed and the duties performed which qualify me for admission under those sections.

2) If petitioning for admission, only in a particular case, under Rule LR 83.8.2.1, I need no sponsor's certificate. Any attorney specially admitted under LR 83.8.2.1, shall, in each proceeding in which he or she appears, have associate counsel who is generally admitted under Local Rule 83.8.1 to practice in this court, whose appearance shall also be entered of record and upon whom all pleadings, motions, notices, and other papers may be served in accordance with any statute or applicable rule. The attendance of any such associate counsel upon the hearing of any motion or the taking of any testimony shall be sufficient appearance for the party or parties represented by such associate counsel. Either the specially admitted attorney or associate counsel must be fully prepared to participate in any hearings, arguments, conferences and trials. (See LR 83.9)

If special admission is requested for a particular case, please list the name, address, telephone number and bar identification number of associate counsel to be entered of record in the case:

Joanne D. Sommer, Esquire; Attorney ID No.25424; Eastburn and Gray, P.C.
60 East Court Street, P.O. Box 1389; Doylestown, PA 18901; 215-345-7000

3) If seeking general admission under Rule LR 83.8.1, I must be a member of the bar of the Supreme Court of Pennsylvania and have a sponsor who is a member in good standing of the Bar of this Court present to move for my admission and I must submit the sponsor's certificate with my petition.

[signature]
PETITIONER

2332823
(Bar Identification Number and State where admitted)

Oct. 8, 2015
(Date)

By signing this petition for admission, I acknowledge that I have read the attached Middle District of Pennsylvania Code of Professional Conduct and agree to subscribe to the standards set forth in the Code.

NAME OF PETITIONER GARY EISENBERG,