**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

RICHARD C. ANGINO and ALICE K. ANGINO,

Plaintiffs,

v.

WARREN/GP CORP., WARREN NMGP, LLC, c/o LEHMAN BROTHERS HOLDINGS, INC., SOMERSET ASSOCIATES, SOMERSET/GP ASSOCIATES L.P., SOMERSET MGP, INC., CHUBB ASSOCIATES, L.P., THE CHUBB CORPORATION, FEDERAL INSURANCE COMPANY, and ERNST & YOUNG, LLP

Defendants.

CIVIL ACTION NO. 1:15-CV-01571-YK

JUDGE YVETTE KANE

**[PROPOSED] ORDER GRANTING MOTION FOR DISMISSAL**

The above-entitled matter came before the Honorable Yvette Kane, United States District Court Judge for the United States District Court for the Middle District of Pennsylvania, on the ____ day of ________, 2015, on the motion of Defendants Warren/GP Corp., Somerset/GP Associates L.P. and Chubb Associates, L.P. for dismissal on the grounds of lack of subject matter jurisdiction.

The Court, based upon the filings, records in the proceedings herein, makes the following findings effect and conclusions of law:

**FINDINGS OF FACT**

A. Plaintiffs Richard C. Angino and Alice K. Angino are citizens of Pennsylvania.

B. Plaintiffs have alleged that they are limited partners in Defendant Somerset Associates, a limited partnership.

C. Accordingly, Somerset Associates is a citizen of, among other jurisdictions, the Common Law of Pennsylvania.

D. Complete diversity of citizenship is lacking.

**ORDER**

**IT IS HEREBY ORDERED:**

1. The motion to dismiss for lack of subject matter jurisdiction shall be, and hereby is, granted.

2. Counsel for the moving parties shall serve a copy of this Order upon all parties in this action within _____ days of receipt.

**BY THE COURT:**

Dated: ______________________

______________________________
The Honorable Yvette Kane
Judge of District Court

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

RICHARD C. ANGINO and ALICE K. ANGINO,

Plaintiffs,

v.

WARREN/GP CORP., WARREN NMGP, LLC, c/o LEHMAN BROTHERS HOLDINGS, INC., SOMERSET ASSOCIATES, SOMERSET/GP ASSOCIATES L.P., SOMERSET MGP, INC., CHUBB ASSOCIATES, L.P., THE CHUBB CORPORATION, FEDERAL INSURANCE COMPANY, and ERNST & YOUNG, LLP

Defendants.

CIVIL ACTION NO. 1:15-CV-01571-YK

JUDGE YVETTE KANE

**MOTION OF WARREN/GP CORP., SOMERSET/GP ASSOCIATES L.P. AND CHUBB ASSOCIATES, L.P. TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION**

Warren/GP Corp., Somerset/GP Associates L.P. and Chubb Associates, L.P. respectfully move this Court for entry of an order dismissing this action on the grounds of lack of subject matter jurisdiction. Complete diversity among the parties is lacking.

Dated: October 12, 2015

Respectfully submitted,

By: ______________________

Eastburn and Gray, PC
60 East Court Street
P.O. Box 1389
215-345-7000
Fax: 215-345-9142
www.eastburngray.com

- and -

Perkins Coie LLP
30 Rockefeller Plaza, 25th Floor
New York, NY 10122
212.262.6900
Attorneys for Defendants
WARREN/GP CORP., SOMERSET/GP ASSOCIATES L.P. and CHUBB ASSOCIATES, L.P.
(admission pro hac vice pending)