**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **RICHARD C. ANGINO and ALICE K. ANGINO,** | : | No. 1:15-CV-01571-YK |
| **Plaintiffs,** | : | (Judge Kane) |
| **v.** | : | (Magistrate Judge Carlson) |
| **WARREN/GP CORP., WARREN NMGP, LLC, c/o LEHMAN BROTHERS HOLDINGS, INC., SOMERSET ASSOCIATES, SOMERSET/GP ASSOCIATES, L.P., SOMERSET MGP, INC., CHUBB ASSOCIATES, L.P., THE CHUBB CORPORATION, FEDERAL INSURANCE COMPANY, and ERNST & YOUNG, LLP,** | : | ELECTRONICALLY FILED |
| **Defendants.** | : | |

**WARREN NMGP, LLC, SOMERSET MGP, INC. AND SOMERSET ASSOCIATES' MEMORANDUM OF LAW IN SUPPORT OF MOTION TO DISMISS COMPLAINT**

## INTRODUCTION

Defendants, Warren NMGP, LLC, Somerset MGP, Inc. and Somerset Associates (hereinafter "Defendants"), by and through their attorneys, and pursuant to Rule 12 (b)(1) of the Federal Rules of Civil Procedure, respectfully submit this memorandum of law in support of their motion to dismiss Plaintiffs' Complaint against them due to lack of subject matter jurisdiction.

**STATEMENT OF FACTS**

Plaintiffs reside in Pennsylvania. (Doc.1, ¶3, 4). Plaintiffs have sued Somerset Associates, in which they allege they invested as limited partners. . (Doc.1, ¶11). Somerset Associates, being a limited partnership and not a corporation, thus is a citizen of each state of each of its members. The citizenship of Somerset Associates is the same as the citizenship of ***all*** of its partners. *C.T. Carden v. Arkoma Associates*, 494 U.S. 185, 195, 110 S.Ct. 1015, (1990). Somerset Associates is a citizen of Pennsylvania because at least two of its limited partners, the Anginos, reside in Pennsylvania.

**ARGUMENT**

No diversity of citizenship exists. The diversity statute requires complete diversity- all plaintiffs must be citizens of different states from each defendant. *C.T. Carden v. Arkoma Associates*, 494 U.S. 185, 187, 189 110 S.Ct. 1015, 108 L.Ed.2d 157 (1990). There is not complete diversity here because both Plaintiffs and Somerset Associates are citizens of the same state. Without complete diversity, the court lacks subject matter jurisdiction. Co-Defendants Warren/GP Corp., Somerset/GP Associates L.P. and Chubb Associates, L.P. have filed a motion to dismiss and brief in support on the same issue. Because undersigned defendants' brief in support of this motion would be repetitive of Co-Defendants brief, undersigned defendants join in Co-Defendants brief arguing that the Court

lacks jurisdiction because there is not complete diversity. Moving defendants hereby adopt and rely on the brief in support of the motion to dismiss filed by Co-Defendants Warren/GP Corp., Somerset/GP Associates L.P. and Chubb Associates, L.P.

**WHEREFORE,** the Complaint should be dismissed for lack of subject matter jurisdiction.

Respectfully submitted,

**POST & SCHELL, P.C.**

*/s/ Sarah C. Yerger*____________

Sarah C. Yerger, Esquire
PA I.D. No. 70357
James J. Kutz, Esquire
PA I.D. No. 21589
17 North Second Street , 12th Floor
Harrisburg, PA 17101
Telephone: (717) 731-1970
Facsimile: (717) 731-1966
Email: syerger@postschell.com
jkutz@postschell.com

Dated: October 15, 2015

# CERTIFICATE OF SERVICE

I, Sarah C. Yerger, Esquire, an attorney at the law firm of Post & Schell, P.C., do hereby certify that on the date set forth below, I did cause the foregoing document to be transmitted to the Court electronically for electronic service upon the following attorneys of record:

| | |
|---|---|
| Richard C. Angino, Esquire<br>Angina & Lutz, P.C.<br>4503 N. Front Street<br>Harrisburg, PA 17110<br>rca@anginolutz.com<br>*Attorneys for Plaintiffs* | Jeffrey A. Dailey, Esquire<br>Akin, Gump, Strauss, Hauer & Feld, LLP<br>2001 Market Street, Suite 4100<br>Philadelphia, PA 19103<br>jdailey@akingump.com<br>*Attorneys for Ernst & Young, LLP* |
| Joanne D. Sommer, Esquire<br>Grace M. Deon, Esquire<br>Eastburn & Gray, P.C.<br>60 East Court Street<br>P.O. Box 1389<br>Doylestown, PA 18901-0137<br>jsommer@eastburngray.com<br>gdeon@eastburngray.com<br>*Attorneys for Warren/GP Corp., Somerset/GP Associates, L.P., and Chubb Associates, L.P.* | (*via first class mail and email)*<br>Gary Eisenberg, Esquire<br>Perkins Coie, LLP<br>30 Rockefeller Plaza, 22nd Floor<br>New York, NY 10112-0015<br>GEisenberg@perkinscoie.com<br>*Attorneys for Warren/GP Corp., Somerset/GP Associates, L.P., and Chubb Associates, L.P.* |
| Jacob C. Cohn, Esquire<br>Gordon & Rees, LLP<br>One Commerce Square<br>2005 Market Street, Suite 2900<br>Philadelphia, PA 19103<br>jcohn@gordonrees.com<br>*Attorneys for Federal Insurance Company and The Chubb Corporation* | |

Dated: October 15, 2015

*/s/Sarah C. Yerger*___________________
Sarah C. Yerger



13508452v1