IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RICHARD C. ANGINO and ALICE K. ANGINO<br><br>Plaintiffs,<br><br>v.<br><br>WARREN/GP CORP., WARREN NMGP, LLC c/o LEHMAN BROTHERS HOLDINGS, INC., SOMERSET ASSOCIATES, SOMERSET/GP ASSOCIATES L.P., SOMERSET MGP, INC., CHUBB ASSOCIATES, L.P., THE CHUBB CORPORATION, FEDERAL INSURANCE COMPANY, and ERNST & YOUNG, LLP<br><br>Defendants. | CIVIL ACTION<br>NO. 1:15-CV-01571-YK<br>Honorable Yvette Kane |

**DEFENDANT ERNST & YOUNG LLP'S MOTION TO DISMISS**

Defendant Ernst & Young LLP ("Ernst & Young") hereby moves to dismiss Plaintiffs' claims pursuant to Federal Rule of Civil Procedure 12(b)(6) and requests oral argument. In support of this Motion, Ernst & Young relies upon and incorporates by reference herein, the attached Brief in Support of Ernst & Young's Motion to Dismiss.

WHEREFORE, Ernst & Young respectfully requests that this Court enter an Order in the form attached hereto, dismissing Plaintiffs' claims with prejudice.

Respectfully Submitted,

*/s/ Caroline A. Gardner*

David L. Comerford (PA 65969)
Jeffery A. Dailey (PA 85993)
Caroline A. Gardner (PA 318815)
Akin Gump Strauss Hauer & Feld LLP
Two Commerce Square
2001 Market Street, Suite 4100
Philadelphia, PA 19103
Tel: 215-965-1200
Fax: 215-965-1210

dcomerford@akingump.com
jdailey@akingump.com
cgardner@akingump.com

Date: October 19, 2015

Counsel for Defendant Ernst & Young LLP

**CERTIFICATE OF SERVICE**

I, Caroline A. Gardner, hereby certify that on October 19, 2015, a true and correct copy of Ernst & Young's Motion to Dismiss Plaintiffs' Complaint and Brief in Support of its Motion to Dismiss, was served upon the following via ECF:

Richard C. Angino, Esquire
Angino & Lutz, P.C.
4503 North Front Street
Harrisburg, PA 17110-1799
rca@anginolutz.com
*Counsel for Plaintiffs*

Gary F. Eisenberg, Esquire
Perkins Coie, LLP
30 Rockefeller Plaza, 22nd Floor
New York, NY 10112

Grace M. Deon, Esquire
Joanne D. Sommer, Esquire
Eastburn & Gray, P.C.
60 East Court Street
P.O. Box 1389
Doylestown, PA 18901
gdeon@eastburngray.com
jsommer@eastburngray.com
*Counsel for Warren/GP Corp., Somerset/GP Associates L.P. and Chubb Associates, L.P.*

James J. Kutz, Esquire
Sarah C. Yerger, Esquire
Post & Schell, PC
17 North Second Street, 12th Floor
Harrisburg, PA 17101
jkutz@postschell.com
syerger@postschell.com
*Counsel for Warren NMGP, LLC, Somerset Associates, and Somerset MGP, Inc.*

Jacob C. Cohn, Esquire
Gordon & Rees
2005 Market Street
Philadelphia, PA 19103
jcohn@gordonrees.com
*Counsel for Federal Insurance Company and The Chubb Corporation*

*/s/ Caroline A. Gardner*
Caroline A. Gardner