IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RICHARD C. ANGINO and ALICE K. ANGINO,<br>Plaintiffs,<br><br>v.<br><br>WARREN/GP CORP., WARREN NMGP, LLC, c/o LEHMAN BROTHERS HOLDINGS, INC., SOMERSET ASSOCIATES, SOMERSET/GP ASSOCIATES L.P., SOMERSET MGP, INC., CHUBB ASSOCIATES, L.P., THE CHUBB CORPORATION, FEDERAL INSURANCE COMPANY, and ERNST & YOUNG, LLP<br>Defendants | **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)A)(i)**<br><br>Civ. Action No. 1:15-CV-01571-YK |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure the plaintiffs Richard and Alice Angino and their counsel, hereby give notice that the above captioned action is voluntarily dismissed, without prejudice against the defendants Warren/Gp Corp., Warren NMGP, LLC, c/o Lehman Brothers Holdings, Inc., Somerset Associates, Somerset/GP Associates L.P., Somerset

MGP, Inc., Chubb Associates, L.P., The Chubb Corporation, Federal Insurance Company, and Ernst & Young, LLP.

Date: October 29, 2015

*/s/ Richard C. Angino*
*Signature of plaintiffs' counsel*

4503 N. Front Street
*Address*

Harrisburg, PA 17110
*City, State & Zip Code*

717-238-6791
*Telephone Number*

## CERTIFICATE OF SERVICE

I, Tina Lesko, an employee of the law firm of Angino & Lutz, P.C., do hereby certify that I am this day serving a true and correct copy of Plaintiffs Notice of Voluntary Dismissal upon counsel of record via the United States District Court for the Middle District of Pennsylvania electronic filing system to the following:

Gary Eisenberg, Esquire
Perkins Coie, LLP
30 Rockefeller Plaza, 22nd Floor
New York, NY 10112-0015
(Counsel for Defendants, Warren/GP Corp., Somerset/GP Associates, L.P. and Chubb Associates, L.P.)

Jeffrey A. Dailey, Esquire
Akin, Gump, Strauss, Hauer & Feld, LLP
2001 Market Street, Ste. 4100
Philadelphia, PA 19103
(Counsel for Defendants Ernst & Young, LLP)

Grace Deon, Esquire
Eastburn and Gray, P.C.
60 East Court Street
P.O. Box 1389
Doylestown, PA 18901
(Local Counsel for above Defendants)

Jacob C. Cohn, Esquire
Gordon & Rees, LLP
One Commerce Square
2005 Market St., Ste. 2900
Philadelphia, PA 19103
(Counsel for Defendants Federal Insurance Company and The Chubb Corporation

Sarah C. Yerger, Esquire
Post & Schell, P.C.
17 N. Second Street, 12th Floor
Harrisburg, PA 17101-1501
(Counsel for Defendants Warren NMGP, LLC, Somert MGP, Inc. and Somerset Associates)

/s/ Tina Lesko
Tina Lesko

Dated: October 29, 2015